UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-14171 |
| | | CHAPTER 13 |
| CASSANDRA COLLINS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

<u>Check No.</u>                  <u>Amount</u>
916931                     $144.17

<u>Creditor(s)</u>
Nuvell
P.O. Box 7100
Little Rock, AR 72223

                            Respectfully submitted,

                     /s/   <u>Margaret A. Burks, Esq.</u>
                            Margaret A. Burks, Esq.
                            Chapter 13 Trustee
                            Attorney No. OH 0030377

                            Francis J. DiCesare, Esq.
                            Staff Attorney
                            Attorney No. OH 0038798

                            Karolina F. Perr, Esq.
                            Staff Attorney
                            Attorney No. OH 0066193

                            600 Vine Street, Suite 2200
                            Cincinnati, OH 45202
                            (513) 621-4488
                            (513) 621 2643 (Facsimile)
                            mburks@cinn13.org - Correspondence only
                            fdicesare@cinn13.org
                            kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

    /s/    Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.

Nuvell
P.O. Box 7100
Little Rock, AR 72223

Debtor(s) Counsel
MICHAEL E. PLUMMER, ESQ.
11 WEST 6TH STREET
COVINGTON, KY  41011

Debtor(s)
CASSANDRA COLLINS
9514 HADDINGTON COURT
CINCINNATI, OH  45251

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)