UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-14171 |
| | | CHAPTER 13 |
| CASSANDRA COLLINS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>          <u>Amount</u>
 916933                $3.00

<u>Creditor(s)</u>
Recovery Solutions Corp.
6625 Dixie Highway
Suite W
Fairfeild, Ohio 45014

                                        Respectfully submitted,

                              /s/    <u>Margaret A. Burks, Esq.    </u>
                                     Margaret A. Burks, Esq.
                                     Chapter 13 Trustee
                                     Attorney No. OH 0030377

                                     Francis J. DiCesare, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0038798

                                     Karolina F. Perr, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0066193

                                     600 Vine Street, Suite 2200
                                     Cincinnati, OH 45202
                                     (513) 621-4488
                                     (513) 621 2643 (Facsimile)
                                     mburks@cinn13.org - Correspondence only
                                     fdicesare@cinn13.org
                                     kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

                                                                    /s/    Margaret A. Burks, Esq.
                                                                         Margaret A. Burks, Esq.

| | |
|---|---|
| Recovery Solutions Corp.<br>6625 Dixie Highway<br>Suite W<br>Fairfeild, Ohio 45014 | Debtor(s) Counsel<br>MICHAEL E. PLUMMER, ESQ.<br>11 WEST 6TH STREET<br>COVINGTON, KY  41011 |
| Debtor(s)<br>CASSANDRA COLLINS<br>9514 HADDINGTON COURT<br>CINCINNATI, OH  45251 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |

Registry_Deposit_for_Creditor