UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-14171 |
| | | CHAPTER 13 |
| CASSANDRA COLLINS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

Check No.             Amount
 916934               $5.12

Creditor(s)
Recovery Solutions Corp.
6625 Dixie Highway
Suite W
Fairfeild, Ohio 45014


                Respectfully submitted,


/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

                                      /s/     Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

Recovery Solutions Corp.  
6625 Dixie Highway  
Suite W  
Fairfeild, Ohio 45014

Debtor(s) Counsel  
MICHAEL E. PLUMMER, ESQ.  
11 WEST 6TH STREET  
COVINGTON, KY  41011

Debtor(s)  
CASSANDRA COLLINS  
9514 HADDINGTON COURT  
CINCINNATI, OH  45251

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)

Registry_Deposit_for_Creditor